**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mack's Junk Removal, LLC,<br><br>PLAINTIFF(S)<br>v.<br>Rouse Services LLC, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:25-cv-03565-MRA-PD<br><br>**ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE**<br>☒ FOR DISCOVERY<br>☐ PER GENERAL ORDER 05-07 |

The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason of:

28 U.S.C. § 455

HEREBY ORDERS the case reassigned by the Clerk in accordance with General Order 05-07.

April 28, 2025                                                           *Patricia Donahue*
Date                                                                     United States Magistrate Judge

---

**NOTICE TO COUNSEL FROM THE CLERK**

This case has been randomly referred to Magistrate Judge  **Steve Kim**  . On all documents subsequently filed in this case, please substitute the initials  **SK**  after the case number in place of the initials of the prior judge, so that the case number will read **2:25-cv-03565-MRA (SKx)**. This is very important because the documents are routed to the assigned judges by means of these initials

*cc:   Previous Magistrate Judge*

CV-110 (06/14)                    ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE