# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Construction Equipment Rental Antitrust Litigation* | Case No. 2:25-cv-03565-MRA-SK |
| | Hon. Mónica Ramírez Almadani |
| This Document Relates To: | **ORDER RE STIPULATION FOR FIRST EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINTS [42]** |
| All Actions | |

This matter is before the Court on the Parties' Stipulation for First Extension of Time to Respond to Complaints. **IT IS HEREBY ORDERED THAT:**

1. The Stipulation for First Extension of Time to Respond to Initial Complaints is **GRANTED**.
2. Good cause exists to continue the deadlines for Defendants to answer or otherwise respond to Plaintiffs' Complaints in this consolidated action.
3. The deadline for served Defendants to answer or otherwise respond to the Complaints is extended and continued until a date after the Judicial Panel on Multidistrict Litigation has ruled on the Transfer Motions under 28 U.S.C. § 1407 pending in MDL No. 3152.
4. The Parties shall confer and agree on a deadline for Defendants to answer or otherwise respond to the Complaints within fourteen (14) days of the date of the aforementioned ruling by the Judicial Panel on Multidistrict Litigation.

Dated: July 8, 2025

_____
Hon. Mónica Ramírez Almadani
United States District Judge